IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: 3:21-CR-00136-CRB |
|---|---|
| Plaintiff, | [PROPOSED] RELEASE ORDER |
| v. | |
| JOHN GOUGH | |
| Defendant. | |

Defendant John Gough is charged in an Amended Form 12 petition, filed on September 10, 2024, with violating the conditions of his supervised release. Dkt. 63. He is currently in the custody of the U.S. Marshal Service ("U.S.M.S.") and housed at the Santa Rita Jail. At a hearing held on October 28, 2024, the parties agreed to release Mr. Gough from the custody of the U.S.M.S. with instructions for Mr. Gough to report to the residential reentry center ("RRC") located at 111 Taylor Street, San Francisco, CA 94102 once a bed becomes available. Dkt. 68.

Thus, **IT IS HEREBY ORDERED** that defendant John Gough be released from U.S.M.S. custody on Friday November 1, 2024 no later than 10:00 a.m. Upon release from custody, Mr. Gough is to immediately report to the RRC located at 111 Taylor Street, San Francisco, CA 94102. While on release, Mr. Gough must abide by all the terms of supervised release imposed by the Honorable Charles R. Breyer on July 24, 2024, as well as the modified conditions of supervised release imposed by Judge Breyer on October 29, 2024. Dkt. 60, 61, 67.

**IT IS SO ORDERED.**

DATED: October 30, 2024

PURSUANT TO STIPULATION, SO ORDERED
Judge Peter H. Kang

HONORABLE PETER H. KANG
United States Magistrate Judge